# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| LEDA HEALTH CORPORATION,<br><br>          Plaintiff,<br>   v.<br><br>JAY ROBERT INSLEE et al.,<br><br>          Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:24-cv-00871-DGE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's motion for a preliminary injunction is DENIED. Defendants' motion to dismiss for failure to state a claim is GRANTED. Plaintiff's claims are DISMISSED with prejudice. The case is closed.

Dated October 21, 2024.

Ravi Subramanian
Clerk of Court

 s/Michael Williams
Deputy Clerk
